# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WENDY MANSDOERFER,

                              **Plaintiff,**

-vs-                                       **Case No.  6:06-cv-1523-Orl-31KRS**

COMMISSIONER OF SOCIAL
SECURITY,

                              **Defendant.**

_____

## ORDER

This cause came on for consideration *sua sponte* based on a review of the docket.  The complaint in this matter was filed on October 2, 2006.  Doc. No. 1.  Plaintiff Wendy Mansdoerfer originally sought to proceed *in forma pauperis*, but paid the filing fee on October 27, 2006.

It has been more than 120 days from the filing of the complaint.  Fed. R. Civ. P. 4(m).  Accordingly, Mansdoerfer is ordered to show cause in writing filed on or before March 16, 2007, why this case should not be dismissed without prejudice.  Alternatively, on or before the same date, Mansdoerfer may file proof of service of process.

**DONE** and **ORDERED** in Orlando, Florida on March 2, 2007.

*Karla R. Spaulding*
_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties