# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WENDY MANSDOERFER,**

                **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-1523-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

       This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 16)**
>
> **FILED:**      **August 23, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

       The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> On remand, the administrative law judge (ALJ) will provide an evaluation of all of Plaintiff's impairments; provide an evaluation of Dr. Emily C. Ptaszek's September 2, 2005, medical report; provide support for the credibility findings with the evidence of record; further develop the record; issue a new decision; and consider any additional evidence Plaintiff submits during the hearing.

Doc. No. 16.  Plaintiff Wendy Mansdoerfer does not oppose the motion.  *Id*.

Based on the foregoing, I respectfully recommend that the motion be **GRANTED** and the decision of the Commission be **REVERSED** and the case is **REMANDED** for further proceedings.  I further recommend that the Court direct the Clerk of Court to enter judgment consistent with its decision on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 24, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy