**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WENDY MANSDOERFER,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:06-cv-1523-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Defendant's Motion for Entry of Judgment With Remand (Doc. No. 16) filed August 23, 2007.

On August 24, 2007, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Judgment With Remand is **GRANTED**. The Decision of the Commission is **REVERSED** and the case is **REMANDED** for further proceedings.

3. The clerk is directed to enter Judgment for the Plaintiff and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 17th day of September, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE