# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WENDY MANSDOERFER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1523-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Attorney Fees pursuant to the Equal Access Justice Act (Doc. No. 20) filed December 17, 2007.

On January 23, 2008, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorney Fees pursuant to the Equal Access Justice Act is GRANTED in part.

3. The clerk is directed to enter Judgment in favor of the Plaintiff Wendy Mansdoerfer in the total amount of $4,796.76 ($4,432.12 in attorney's fees, $350.00 in costs, and $14.64 in expenses.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 12th day of February, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party